IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| JASON BROWN, DANIEL STADELMANN, LYNN BROWN, ROBERT L. BROWN, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 2:23-cv-00554-WSH-CBB |
| vs. | ) ) | |
| POWER BLOCK COIN, LLC, AARON TILTON, | ) ) ) ) | |
| Defendants. | | |

## CASE MANAGEMENT ORDER

IT IS HEREBY ORDERED that this action is placed under Local Rule 16.1 for pretrial proceedings and all provisions of the Rule will be strictly enforced. Pursuant to Local Rule 16.1, the parties are directed as follows:

1. The parties shall move to amend the pleadings or add new parties by **July 31, 2025**.

2. The parties shall complete fact discovery by **December 19, 2025**. All interrogatories, depositions and requests for admissions and/or production of documents shall be served within sufficient time to allow responses to be completed prior to the close of fact discovery.

3. Expert discovery will be scheduled at the mid-discovery status conference.

4. The parties shall complete the ADR process they selected by **September 22, 2025**. Discovery is **NOT** stayed pending ADR.

5. The Court will hold a mid-discovery video status conference on **October 1, 2025** at **1:00 PM.**

1

6. If a discovery dispute occurs, prior to filing any discovery motions, the parties shall first meet and confer in an attempt to resolve the dispute. If the matter is still unresolved after meeting and conferring, then the parties shall jointly contact Chambers for purposes of scheduling a telephone conference with the Court.

7. The parties have elected to have the Court separately enter the Model Order located in the Appendix to LCvR 16.1.D relating to the protections of Federal Rule of Evidence 502(d).

8. The Court will conduct a post-discovery status conference on **January 14, 2026** at **1:00PM** by video. Lead trial counsel shall attend, and the court will inform counsel if attendance by the parties is necessary. Counsel must fax to 412-208-7583, or e-mail to catherine_grimm@pawd.uscourts.gov, updated confidential position letters on or before **January 7, 2026**.

IT IS FURTHER ORDERED that counsel shall confer with their clients prior to all case management, status or pretrial conferences to obtain authority to participate in settlement negotiations to be conducted by the Court. Counsel are encouraged to instruct the principals to be available by telephone to facilitate the amicable resolution of all litigation.

DATED this 23rd day of July, 2025.

BY THE COURT:

s/Christopher B. Brown
United States Magistrate Judge

cc: all counsel of record

2